STEPHANIE S. CHRISTENSEN                                          JS-6
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
        Social Security Administration
        160 Spear St., Suite 800
        San Francisco, CA  94105
        Telephone: (510) 970-4809
        Facsimile: (415) 744-0134
        Email:  Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CRISTINA MARIELA ALDANA, | No. 2:21-cv-09919-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.


DATED: August 02, 2022

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE